IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| HASSAN BOCOR BARROW,<br><br>                Petitioner,<br><br>vs.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; Department of Homeland Security, in her official capacity, et al.,<br><br>                Respondents. | 0:26-CV-1029<br><br>ORDER TO SHOW CAUSE |

    The petitioner seeks immediate release from U.S. Immigration and Customs Enforcement custody in the Northwest Regional Corrections Center in Crookston, Minnesota. Filing 2. Pursuant to 28 U.S.C. § 2243,

    IT IS ORDERED:

1.    The respondents shall, on or before **February 9, 2026**, make a return certifying the true cause and proper duration of the petitioner's detention and showing cause why the writ should not be granted.

2.    The respondents' answer must include:

    a. Such affidavits and exhibits as are necessary to establish the lawfulness of the petitioner's detention in light of the issues raised in the petition;

    b. A reasoned memorandum of law and fact explaining the respondents' legal position on the petitioner's claims;

    c. The government's position on whether an evidentiary hearing should be conducted; and

    d. Whether petitioner was arrested pursuant to a warrant and, if so, a copy of that warrant.

3. The petitioner may reply in support of the petition on or before February 11, 2026.

4. The respondents are enjoined from removing the petitioner from the United States and from the District of Minnesota until further order of the Court.

5. If the petitioner has already been removed from Minnesota, the respondents are ordered to immediately return the petitioner to Minnesota.

Dated this 4th day of February, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge